USDS
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
YURIY PRAKHIN,                      :
                                    :
                    Plaintiff,      :
                                    :   08 CIV 3162(VM)
                                    :
        - against -                 :   ORDER
                                    :
CITY OF NEW YORK, POLICE OFFICER    :
JOHN DOE 1 AND POLICE OFFICER       :
JOHN DOE 2,                         :
                                    :
                    Defendants.     :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Complaint filed in this matter the Court has noted that plaintiff Yuriy Prakhin("Prakhin") asserts that he is a resident of Kings County, New York; that defendant The City of New York (the "City"), is a New York municipal corporation with a place of business in this District; and that the individual defendants at the relevant times were police officers of the City located in the 60th Precinct in Brooklyn, New York. The complaint indicates that the events giving rise to the underlying action occurred in connection with injuries Prakhin allegedly suffered as a result of an arrest and prosecution of Prakhin in Brooklyn which he claims were unlawful. It therefore appears that all or most of the material events, documents, persons and potential witnesses related to this action are located in the Eastern District of New York. Accordingly, it is hereby

**ORDERED** that in the interest of justice, the maximum convenience to the parties and witnesses, and of the efficient management of this Court's docket, the Clerk of Court is directed to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         7 April 2008

_____
VICTOR MARRERO
U.S.D.J.